

RECEIVED
SDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/5/07

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOLIE L. MYERS | * | CIVIL ACTION NO.: 6:06-cv-1993 |
| | * | |
| VERSUS | * | DIVISION: |
| | * | DISTRICT JUDGE HAIK |
| ROBERT G. WILLIAMSON, | * | MAGISTRATE JUDGE HILL |
| STANLEY MERRITT & | * | |
| TRAVELERS INDEMNITY COMPANY | * | |
| OF AMERICA | * | |

## ORDER

Considering the foregoing Motion;

IT IS ORDERED that Defendants', State Farm Mutual Automobile Insurance Company and Stanley Merritt, Motion to Reconsider/Rehearing be ~~GRANTED~~ Denied (RTH); ~~and~~.

~~IT IS FURTHER ORDERED that there be a hearing with oral arguments on the plaintiff's Motion to Remand set for the _____ day of _____, 2007, at _____ a.m./p.m.~~

Signed this 5th day of March 2007.

_____
JUDGE